| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Quanesha Monae Martin <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0645 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   Southern District of New York | | |
| Case number:   19–13747–pb | | |

# Order of Discharge                                                               12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Quanesha Monae Martin

<u>1/19/24</u>                                                                   **By the court:** <u>Philip Bentley</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 19-13747-pb |
| Quanesha Monae Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Quanesha Monae Martin, 2205 2nd Avenue, Apt. 7D, New York, NY 10029-2238 |
| cr | + | NYCHA, NYCHA Law Dept, 90 Church St., 11th Fl., New York, NY 10007-3035 |
| 7645224 | + | FEDLOAN SERVICING, ATTN: BANKRUPTCY, PO BOX 69184, HARRISBURG, PA 17106-9184 |
| 7645228 | + | NEW YORK CITY CORP. COUNSEL, LAW DEPT., 100 CHURCH STREET, NEW YORK, NY 10007-2668 |
| 7645229 | + | NEW YORK CITY HOUSING AUTH., 250 BROADWAY, 9TH FL., NEW YORK, NY 10007-2597 |
| 7645230 | + | PINNACLE, PO BOX 130848, CARLSBAD, CA 92013-0848 |
| 7675879 | + | Scott J. Goldstein, Esq., 280 West Main Street, Denville, NJ 07834-1233 |
| 7645235 | + | TOURO GRAD. SCHOOL OF EDUCATIO, 320 31ST STREET, NEW YORK, NY 10001-2705 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7645218 | + | Email/Text: backoffice@affirm.com | Jan 19 2024 19:13:00 | AFFIRM INC, AFFIRM INCORPORATED, PO BOX 720, SAN FRANCISCO, CA 94104-0720 |
| 7645220 | + | EDI: WFNNB.COM | Jan 20 2024 00:16:00 | COMENITY BANK/KAY JEWELERS, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 7645221 | + | EDI: WFNNB.COM | Jan 20 2024 00:16:00 | COMENITY BANK/TORRID, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 7669540 | | EDI: CITICORP | Jan 20 2024 00:15:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 7645223 | | EDI: CITICORP | Jan 20 2024 00:15:00 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 7645222 | | EDI: CITICORP | Jan 20 2024 00:15:00 | DEPTARTMENT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 7668242 | | EDI: Q3G.COM | Jan 20 2024 00:16:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 7669577 | | EDI: JEFFERSONCAP.COM | Jan 20 2024 00:16:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 7645219 | | EDI: JPMORGANCHASE | Jan 20 2024 00:15:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 7656145 | + | Email/Text: RASEBN@raslg.com | Jan 19 2024 19:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

19-13747-pb    Doc 56    Filed 01/21/24    Entered 01/22/24 00:07:59    Imaged
                         Certificate of Notice    Pg 4 of 5

| District/off: 0208-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 7645225 | | Email/Text: customerservice.us@klarna.com | Jan 19 2024 19:12:00 | KLARNA, 629 N. HIGH STREET, COLUMBUS, OH 43215 |
| 7645226 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 19:20:20 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 7646704 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 19 2024 19:20:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7645227 | | Email/Text: bankruptcynotice@nymcu.org | Jan 19 2024 19:13:00 | MUNICIPAL CREDIT UNION, ATTN: BANKRUPTCY, PO BOX 3205, NEW YORK, NY 10007 |
| 7672746 | | Email/Text: bankruptcynotice@nymcu.org | Jan 19 2024 19:13:00 | MUNICIPAL CREDIT UNION, MCU-COLLECTIONS DEPT. - BK UNIT, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007-3153 |
| 7665591 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 19 2024 19:12:00 | Midland Funding LLC, PO Box 2037, Warren, MI 48090-2037 |
| 7645590 | + | EDI: PRA.COM | Jan 20 2024 00:16:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7645231 | + | EDI: SYNC | Jan 20 2024 00:15:00 | SYNCB/GAP, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 7645232 | + | EDI: SYNC | Jan 20 2024 00:15:00 | SYNCHRONY BANK/BANANA REPUBLIC, ATTN: BANKRUPTCY, PO BOX 105972, ATLANTA, GA 30348-5972 |
| 7645233 | + | EDI: SYNC | Jan 20 2024 00:15:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 7669660 | + | EDI: PRA.COM | Jan 20 2024 00:16:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 8033289 | + | EDI: AIS.COM | Jan 20 2024 00:16:00 | Synchrony Bank by, AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 7645234 | + | EDI: WTRRNBANK.COM | Jan 20 2024 00:16:00 | TARGET, ATTN: BANKRUPTCY, PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 7671207 | + | Email/Text: bncmail@w-legal.com | Jan 19 2024 19:12:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 7645236 | | Email/Text: bankruptcydept@wyn.com | Jan 19 2024 19:13:00 | WYNDHAM VACATION OWNERSHIP, ATTN: BANKRUPTCY, PO BOX 98940, LAS VEGAS, NV 89193 |
| 7645237 | + | Email/Text: bankruptcydept@wyn.com | Jan 19 2024 19:13:00 | WYNDHAM VACATION OWNERSHIP, ATTN: OFFICERS, 6277 SEA HARBOR DRIVE, ORLANDO, FL 32821-8043 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| clrk | | Clerk of Court, United States Bankruptcy Court, SD |
| 8033410 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

19-13747-pb    Doc 56    Filed 01/21/24    Entered 01/22/24 00:07:59    Imaged
Certificate of Notice    Pg 5 of 5

| District/off: 0208-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2024 | Form ID: 3180W | Total Noticed: 34 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Krista M. Preuss
  on behalf of Trustee Krista M. Preuss info@ch13kp.com kpreuss13@ecf.epiqsystems.com

Mira Kolker
  on behalf of Creditor NYCHA mira.kolker@nycha.nyc.gov

Scott J. Goldstein
  on behalf of Debtor Quanesha Monae Martin sjg@sgoldsteinlaw.com
  cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com;LawOfficesofScottJGoldsteinLLC@jubileebk.net

Thomas C. Frost
  on behalf of Trustee Thomas C. Frost info@FrostSDNY13.com tfrost13@ecf.epiqsystems.com

Thomas C. Frost
  info@FrostSDNY13.com tfrost13@ecf.epiqsystems.com

United States Trustee
  USTPRegion02.NYECF@USDOJ.GOV

TOTAL: 6